616

*Caskey* for petitioner. *Messrs. Emil Weitzner, Eugene L. Garey,* and *Earl J. Garey* for respondents.

No. 345. IRBY *v.* ARKANSAS EX REL. ATTORNEY GENERAL. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. Wm. F. Kirsch* for petitioner. *Mr. G. B. Oliver, Jr.,* for respondent.

No. 347. OSSEN ET AL. *v.* MUTUAL TRUST LIFE INSURANCE Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas Gold Frost* for petitioners. *Mr. John J. Cunneen* for respondent. Reported below: 77 F. (2d) 317.

No. 352. NORGE CORPORATION *v.* LONG ISLAND R. Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ernie Adamson* for petitioner. *Messrs. Henry Wolf Biklé* and *Frederic D. McKenney* for respondent.

No. 353. ARNOLD CONSTABLE CORP. *v.* COMMERCIAL OPERATING CORP. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William Dean Embree* for petitioner. *Messrs. Arthur B. Hyman, Joseph C. Slaughter,* and *Whitney North Seymour* for respondent.